**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 1, 2020

*VIA ECF*
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The May 6 pretrial conference is adjourned to August 12, 2020, at 11:00 AM.  Speedy trial time is excluded from May 6, 2020, until August 12, 2020.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:   5/5/2020
> New York, New York

Re:   *United States v. Peter Faucetta*, 19 CR 829 (ER)

Dear Judge Ramos:

With the consent of the government, I write to seek an adjournment of the next pretrial conference, scheduled for May 6, 2020. The parties jointly ask that the Court adjourn the conference until August 2020. Before COVID-19, the parties were actively involved in discussions to resolve this matter pretrial. However, because of disruptions to work created by the pandemic, those efforts currently are suspended. We ask for the adjourned date with the hopes that at the next conference we can inform the Court of a disposition or set an appropriate schedule.

To accommodate this request, Mr. Faucetta has no objection to exclusion of time for speedy trial calculation purposes.

Thank you for your consideration of this application.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750


cc:   AUSA Ni Qian (via ECF)