# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 4, 2020

*VIA ECF*
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Peter Faucetta*, 19 CR 829 (ER)

Dear Judge Ramos:

With the consent of the government, I write to seek an adjournment of the next pretrial conference, scheduled for August 12, 2020. The parties jointly ask that the Court adjourn the conference until October 2020. Before COVID-19, the parties were actively involved in discussions to resolve this matter pretrial. However, because of disruptions to work created by the pandemic, those efforts currently are suspended. We ask for the adjourned date with the hopes that at the next conference we can inform the Court of a disposition or set an appropriate schedule.

To accommodate this request, Mr. Faucetta has no objection to exclusion of time for speedy trial calculation purposes.

Thank you for your consideration of this application.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc:   AUSA Brendon Harper (via ECF)

> The August 12 pretrial conference is adjourned to October 22, 2020 at 10:30 a.m.  Speedy trial time is excluded from August 12, 2020, until October 22, 2020, in the interest of justice.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  8/10/2020
> New York, New York