**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

**MEMO ENDORSED**

January 5, 2021

*VIA ECF*
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The January 8 pretrial conference is adjourned to April 30, 2021, at 11:30 a.m. Speedy trial time is excluded from January 8, 2021, until April 30, 2021, in the interest of justice.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  1/7/2020
> New York, New York

Re:   *United States v. Peter Faucetta*, 19 CR 829 (ER)

Dear Judge Ramos:

With the consent of the government, I write to seek an adjournment of the next pretrial conference, scheduled for January 8, 2021. The parties jointly ask that the Court adjourn the conference until April 2021. Before COVID-19, the parties were working to resolve this matter pretrial. Those efforts included Mr. Faucetta's submission of a deferred prosecution application. As part of that process, I have asked for an in-person meeting with the committee of assistant United States attorneys reviewing the application. The parties do not anticipate being able to hold the meeting until the Spring. As such, we ask for the adjourned date with the hopes that at the next conference the DP process has been complete.

To accommodate this request, Mr. Faucetta has no objection to exclusion of time for speedy trial calculation purposes.

Thank you for your consideration of this application.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc:   AUSA Brendon Harper (via ECF)