**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 2, 2021

*VIA ECF*
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

  Re:  *United States v. Peter Faucetta*, 19 CR 829 (ER)

Dear Judge Ramos:

With the consent of the government, I write to seek an adjournment of about 30 days of the next pretrial conference, scheduled for June 3, 2021. The adjournment will allow the parties to continue and hopefully conclude their discussions relating to a disposition. To accommodate this request, Mr. Faucetta has no objection to exclusion of time for speedy trial calculation purposes.

Thank you for your consideration of this application.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc:  AUSA Brandon Harper (via ECF)

---

The June 3 pretrial conference is adjourned to July 8, 2021, at 11 a.m. Speedy trial time is excluded from June 3, 2021, until July 8, 2021, in the interest of justice.

SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated: 6/2/2021
New York, New York